# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

RETHA HARRIS,

    Plaintiff,

v.                                      CASE NO: 8:12-cv-2385-T-26TGW

INTERNATIONAL ASSET GROUP, LLC,

    Defendant.
_____/

## O R D E R

**UPON DUE CONSIDERATION**, it is **ORDERED AND ADJUDGED** as follows:

1)    Plaintiff's Motion for Clerk's Default (Dkt. 7) is granted.

2)    The Clerk is directed to enter a clerk's default against Defendant pursuant to Rule 55(a), Federal Rules of Civil Procedure.

3)    Plaintiff is put on notice of the time requirement imposed by Local Rule 1.07(b) for applying for a final default judgment pursuant to Rule 55(b), Federal Rules of Civil Procedure, failing which this case will be subject to dismissal without notice and without prejudice.

**DONE AND ORDERED** at Tampa, Florida, on January 2, 2013.

                                  s/*Richard A. Lazzara*
                                  **RICHARD A. LAZZARA**
                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**: Counsel of Record