**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RETHA HARRIS,

      Plaintiff,

v.                                            CASE NO: 8:12-cv-2385-T-26TGW

INTERNATIONAL ASSET GROUP, LLC,

      Defendant.

                                             /

## O R D E R

      **UPON DUE CONSIDERATION**, it is **ORDERED AND ADJUDGED** as follows:

      1)     Plaintiff's Motion for Clerk's Default (Dkt. 7) is granted.

      2)     The Clerk is directed to enter a clerk's default against Defendant pursuant to Rule 55(a), Federal Rules of Civil Procedure.

      3)     Plaintiff is put on notice of the time requirement imposed by Local Rule 1.07(b) for applying for a final default judgment pursuant to Rule 55(b), Federal Rules of Civil Procedure, failing which this case will be subject to dismissal without notice and without prejudice.

      **DONE AND ORDERED** at Tampa, Florida, on January 2, 2013.


                        s/*Richard A. Lazzara*
                        **RICHARD A. LAZZARA**
                        **UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:  Counsel of Record